# AFFIDAVIT OF NOTICE

I, Michael Jay Thornes, do swear and affirm that I have served a signed copy of this Petition for TRO to LBPS c/o Jane Bowman by way of facsimile on 21st day of October, 2010 at approximately 8:00 PM. . Proof of delivery is attached.

Additionally, I did telephone the offices of LBPS on the 21st day of October, 2010 at approximately 8:00 PM, and spoke with Jane Bowman in the Loss Mitigation Department . During that conversation I requested a delay in the impending foreclosure sale and the response was ; There was no one available for me to talk to about this. I will make sure the information that you are faxing to me gets to the right department.

Further, I asked Jane Bowman if he/she would stipulate to the TRO and the response was – I am not qualified.

Further, I asked can you give a date specific you can appear to show cause, their response was – I am not in a position to answer.

Notice was given, alternatives were sought, cooperation was not forthcoming.

Michael J. Thornes
13710 28th AVE. NW
Marysville, WA. 98271

10-CV-01716-CMP

State of Washington )
                    ) ss.
County of Snohomish )

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
State of Washington

Notary Public
State of Washington
JENNIFER D LUNDMAN
My Appointment Expires Aug 20, 2014

Notary Seal

Notary Public
State of Washington
JENNIFER L. GROZMAN
My Appointment Expires Aug 1, 2014

***************************
*** ACTIVITY REPORT ***
***************************

| ST. TIME | DESTINATION NUMBER | DESTINATION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *01/01 00:26 | 14254321555 | | 0105 | TRANSMIT | ECM | 1 | OK | 00'18 |
| *01/01 00:27 | 13603879816 | | 0106 | TRANSMIT | ECM | 1 | OK | 00'27 |
| *01/01 00:28 | 15037221778 | | 0107 | TRANSMIT | ECM | 1 | OK | 00'18 |
| *01/01 00:29 | 12538635951 | | 0108 | TRANSMIT | ECM | 1 | OK | 00'19 |
| *01/01 00:29 | 14258688872 | | 0109 | TRANSMIT | ECM | 1 | OK | 00'17 |
| *01/01 00:30 | 12532725214 | | 0110 | TRANSMIT | ECM | 1 | OK | 00'18 |
| *01/01 00:31 | 19259782063 | | 0111 | TRANSMIT | ECM | 1 | OK | 00'18 |
| *01/01 00:02 | 12066335838 | | 0112 | TRANSMIT | ECM | 1 | OK | 00'17 |
| *01/01 07:10 | 18776490743 | | 0113 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *01/01 07:12 | 18776490743 | | 0114 | TRANSMIT | ECM | 2 | NG | 00'31 |
| | | | | | | 2 | #003 | |
| *01/01 07:14 | 18776490743 | | 0115 | TRANSMIT | ECM | 57 | OK | 16'24 |
| *01/01 00:03 | 18003011796 | | 0116 | TRANSMIT | ECM | 3 | OK | 00'43 |
| *08/08 21:23 | 18776490743 | | 0117 | TRANSMIT | ECM | 3 | NG | 00'47 |
| | | | | | | 3 | #003 | |
| *08/08 21:25 | 18776490743 | | 0118 | TRANSMIT | ECM | 27 | OK | 07'27 |
| *08/12 10:27 | 18776490743 | | 0119 | TRANSMIT | ECM | 1 | OK | 00'30 |
| *08/12 10:41 | 14258069526 | | 0120 | TRANSMIT | ECM | 7 | OK | 03'26 |
| 10/21 19:55 | 18665785277 | | 0121 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| 10/21 20:05 | 18665785277 | | 0122 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| 10/21 20:17 | 18776490743 | | 0123 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| 10/21 20:19 | 18665785277 | | 0124 | TRANSMIT | ECM | 3 | OK | 00'42 |