AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. **C10-1716**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **FANNIE MAE WESTERN REGIONAL OFFICE**
was received by me on *(date)* **10-26-2010**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **SANDY FRIEDMAN-PARALEGAL**, who is designated by law to accept service of process on behalf of *(name of organization)* **FANNIE MAE WESTERN REGIONAL OFFICE** on *(date)* **10-26-2010** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **70.00** / **0.00**

I declare under penalty of perjury that this information is true.

Date: **10-27-2010**

*Server's signature*

**GARY HANSEN, PROCESS SERVER**
*Printed name and title*

**HANSEN'S GUARANTEED PROCESS**
**9530 IMPERIAL HWY. #D**
**DOWNEY, CA. 90242**
*Server's address*

Additional information regarding attempted service, etc: