# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Washington

Case Number: C10-1716 MJP

Plaintiff:
**MICHAEL J and JILL D. THORNES**

vs.

Defendant:
**IBM LENDER BUSINESS PROCESS SERVICES, INC., and FANNIE MAE**

Received by MALSTROM'S PROCESS SERVING CO. on the 26th day of October, 2010 at 11:14 am to be served on **IBM LENDER BUSINESS PROCESS SERVICES, INC., R/A CT CORPORATION SYSTEM, 388 STATE ST, STE 420, SALEM, OR 97301.**

I, Alice McAllister, being duly sworn, depose and say that on the **26th day of October, 2010** at **3:05 pm, I:**

SERVED the named corporation a **Summons in a Civil Action; Petition for Temporary Restraining Order; Memorandum in Support of Request for Temporary Restraining Order; Affidavit of Notice; Original Petition; and Petition for Temporary Injunction.** by personal service upon **MARCIE ABENDROTH,** the clerk on duty in the office of the Registered Agent and who is authorized to accept service at 388 STATE ST, STE 420, SALEM, OR 97301

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served by me is the same entity named in the action.

Subscribed and Sworn to before me on the 28th day of October, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC-OREGON

Alice McAllister
Process Server

MALSTROM'S PROCESS SERVING CO.
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234

Our Job Serial Number: ONE-2010005069



OFFICIAL SEAL
DIANA JUNE HILL
NOTARY PUBLIC - OREGON
COMMISSION NO. 435379
MY COMMISSION EXPIRES JANUARY 4, 2013

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e