## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL J. & JILL D. THORNES,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IBM LENDER BUSINESS PROCESS SERVICES, INC. and FANNIE MAE,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-1716 MJP |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion to dismiss is GRANTED.  Plaintiffs have failed to state a claim upon which relief can be granted.

Dated February 15, 2011.

　　　　　　　　　　　　　　　　　　　William M. McCool　　　　
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Mary Duett　　　　　　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk